Cam Ferenbach
Nevada Bar No. 96
Jennifer L. Braster
Nevada Bar No. 9982
LIONEL SAWYER & COLLINS
1700 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
(702) 383-8888 (Telephone)
cferenbach@lionelsawyer.com
jbraster@lionelsawyer.com

Mark A. Hannemann, admitted *pro hac vice*
Jeffrey S. Ginsberg, admitted *pro hac vice*
KENYON & KENYON LLP
One Broadway
New York, NY 10004
(212) 425-7200 (Telephone)
mhannemann@kenyon.com
jginsberg@kenyon.com

*Attorneys for Robert Bosch LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT BOSCH LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>TRANSBEC,<br><br>　　　　Defendants. | Case No. 2:10-cv-1933-RLH-PAL |

**STIPULATION OF DISMISSAL AND         ORDER**

WHEREAS, Robert Bosch LLC ("Bosch") instituted this patent-infringement action against Transbec, and

- 1 -

WHEREAS, the Parties have entered into a settlement agreement to resolve this action, with an effective date of March 7, 2011;

THEREFORE, Bosch and Transbec hereby stipulate to the dismissal of this action without prejudice, subject to this Court's retention of jurisdiction to enforce the terms of the settlement agreement, each Party to bear its own costs and attorneys' fees.

LIONEL SAWYER & COLLINS

By: _____
Cam Ferenbach
Nevada Bar No. 96
Jennifer L. Braster
Nevada Bar No. 9982
1700 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101

Michael J. Lennon
Mark A. Hannemann
Jeffrey S. Ginsberg
KENYON & KENYON LLP
One Broadway
New York, NY 10004

Attorneys for Robert Bosch LLC

DICKINSON WRIGHT PLLC

By: _____
Steven A. Gibson
Nevada Bar No. 6656
Jodi Donetta Lowry
Nevada Bar No. 7798
City Center West
7201 West Lake Mead Blvd., Ste. 503
Las Vegas, Nevada 89128

Attorneys for Transbec

IT IS SO ORDERED.

DATED: April 18, 2011

_____
Roger L. Hunt
CHIEF UNITED STATES DISTRICT JUDGE

- 2 -

Respectfully submitted by:

LIONEL SAWYER & COLLINS

By: /s/ *signature*

   Cam Ferenbach, NBN 96
   Jennifer L. Braster, NBN 9982
   1700 Bank of America Plaza
   300 South Fourth Street
   Las Vegas, Nevada 89101

   Mark A. Hannemann, admitted *pro hac vice*
   Jeffrey S. Ginsberg, admitted *pro hac vice*
   KENYON & KENYON LLP
   One Broadway
   New York, NY 10004

Attorneys for Robert Bosch, LLC